(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

FILED
RICHARD W. NAGEL
CLERK OF COURT

2019 OCT 15 PM 1: 22

U.S. DIST. COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

*Marlo Cain*

**Plaintiff(s)**

Case No. 2  1 9 C V 4 5 7 0

Judge Morrison

MAGISTRATE JUDGE VASCURA

vs.

*Ohio Department of Mental Health & Addiction Services*

**Defendants(s)**

## APPLICATION/ MOTION TO PROCEED
### WITHOUT PREPAYMENT OF FEES
### (IN FORMA PAUPERIS)
### AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions:** In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.

**I. Are you employed?**  Yes ✓  No____
  A. If you answered "Yes":
    (1) What is the name and address of your employer

    _Madison County_____ _1 W High St London, Ohio_____

    (2) How much do you earn per month? _$1300_

  B. If you answered "No"
    (1) Have you ever been employed?  Yes____  No____
    If yes, what was the last year and month you were
    employed? _____
    How much did you earn a month?_____

**II. What is your marital status?**
  Single ✓  Married_____  Widowed_____  Divorced_____
  A. If you answered "Married":
    (1) Is your spouse employed?  Yes____  No____
    If yes, how much does your spouse earn each month?
    $_____

**III. Do you have any dependents?** /Provide & Care for Yes ✓  No____
  If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|------|--------------|--------|
| CC | Nephew | $350-550 |
| | | |
| | | |

**IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?**  Yes____  No ✓
  A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|--------|--------|--------|--------|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

**V.** Do you have any cash on hand or money in a savings, checking, or other account?

Yes_____ No__✓__

    **A.** If you answered "Yes", state the combined total amount:

    $_____.

**VI.** Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?

Yes__✓__ No_____

    **A.** If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| Residence | $ 199,000 | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

**VII.** List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation: *Monthly expenses*

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| Huntington | $ 555.00 | Mastercard | $ 1000.00 |
| Medical Bills | $ 600.00 | Food, Miscellaneous | $ 250.00 |
| Utilities | $ 500.00 | Car Repairs | $ 250.00 |
| Mortgage | $ 1505.00 | | $ |

**VIII.** State your address and telephone number where the Court can reach you.

1385 Red Danle Dr. Grove City, OH 43123

614.562.1011

I declare under penalty of perjury that the above information is true and correct.

_____October 11, 2019_____      _____

Date                     Signature of Applicant